UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GRANT PHILLIPS and SCOTT B. PHILLIPS,

                Plaintiffs,                      Case No. 1:16-cv-03452 (DAB)

              -against-                        STIPULATION

CITIBANK, N.A., as Co-Trustee of a Testamentary
Trust of David J. Phillips, NEAL DORMAN,
individually, and in his capacity as Co-Personal
Representative of the ESTATE OF JOSEPH B.
PHILLIPS, Co-Trustee of a Testamentary Trust
of David J. Phillips, and IRA SHAPIRO, in his
capacity as Co-Personal Representative of the
ESTATE OF JOSEPH B. PHILLIPS, Co-Trustee
of a Testamentary Trust of David J. Phillips,
LIGHTSTONE ACQUISITIONS III, LLC,
LSG 365 BOND STREET LLC, and
THE LIGHTSTONE GROUP, LLC,

                Defendants.
------------------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/17

       IT IS HEREBY STIPULATED AND AGREED, by and among the parties that have heretofore appeared in this action, through their respective undersigned counsel, as follows:

       1.     Defendants have previously served and filed Motions to Dismiss (Docs. 60-73) Plaintiffs' First Amended Complaint (Doc. 40).

       2.     Plaintiffs' opposition papers, which shall respond in a single brief to the four pending Motions to Dismiss, shall not exceed 50 pages and shall be served and filed by March 15, 2017.

       3.     Defendants' reply papers shall be served and filed by April 28, 2017.

       4.     This stipulation amends and replaces the parties' prior stipulation dated November 17, 2016 and ordered by the Court on November 29, 2016 (Doc. 57).

       This stipulation may be executed in counterparts. Facsimile or PDF signatures shall have the same force and effect as if such signatures were original.

SO ORDERED
*Deborah A. Batts*

2/21/17

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE