UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

GRANT PHILLIPS and SCOTT B. PHILLIPS,

       Plaintiffs,

  -against-

CITIBANK, N.A., as Co-Trustee of a Testamentary
Trust of David J. Phillips, NEAL DORMAN, individually,
and in his capacity as Co-Personal Representative of the
ESTATE OF JOSEPH B. PHILLIPS, Co-Trustee of a
Testamentary of David J. Phillips, IRA SHAPIRO, in his
capacity as Co-Personal Representative of the ESTATE OF
JOSEPH B. PHILLIPS, Co-Trustee of a Testamentary of
David J. Phillips, LIGHTSTONE ACQUISITIONS III,
LLC, LSG 365 BOND STREET, LLC, and THE
LIGHTSTONE GROUP, LLC,

       Defendants.
------------------------------------------------------------------x

16-CV-3452 (AKH)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule if Civil Procedure 41, by and between the undersigned attorneys of record that the above-entitled action and all claims alleged therein are dismissed with prejudice without costs to any party.

Dated: Sept. 23, 2022

| KATTEN MUCHIN ROSENMAN LLP | FARRELL FRITZ, P.C. |
|---|---|
| By: _[signature]_ | By: _____ |
| Joshua S. Rubenstein | John R. Morken |
| Bonnie Lynn Chmil | Brian P. Corrigan |
| 50 Rockefeller Plaza | 100 Motor Pkwy, Suite 300 |
| New York, NY 10020 | Hauppauge, NY 11788 |
| | |
| Attorneys for Citibank, N.A. | Attorneys for Neal T. Dorman, as Co-Personal Representative of the Estate of Joseph Phillips |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x

GRANT PHILLIPS and SCOTT B. PHILLIPS,

                      Plaintiffs,

                -against-

CITIBANK, N.A., as Co-Trustee of a Testamentary Trust of David J. Phillips, NEAL DORMAN, individually, and in his capacity as Co-Personal Representative of the ESTATE OF JOSEPH B. PHILLIPS, Co-Trustee of a Testamentary of David J. Phillips, IRA SHAPIRO, in his capacity as Co-Personal Representative of the ESTATE OF JOSEPH B. PHILLIPS, Co-Trustee of a Testamentary of David J. Phillips, LIGHTSTONE ACQUISITIONS III, LLC, LSG 365 BOND STREET, LLC, and THE LIGHTSTONE GROUP, LLC,

                      Defendants.

---------------------------------- x

16-CV-3452 (AKH)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule if Civil Procedure 41, by and between the undersigned attorneys of record that the above-entitled action and all claims alleged therein are dismissed with prejudice without costs to any party.

Dated:              , 2022

| KATTEN MUCHIN ROSENMAN LLP | FARRELL FRITZ, P.C. |
|---|---|
| By: _____ | By: _____ |
|     Joshua S. Rubenstein |     John R. Morken |
|     Bonnie Lynn Chmil |     Brian P. Corrigan |
| 50 Rockefeller Plaza | 100 Motor Pkwy, Suite 300 |
| New York, NY 10020 | Hauppauge, NY 11788 |
| Attorneys for Citibank, N.A. | Attorneys for Neal T. Dorman, as Co-Personal Representative of the Estate of Joseph Phillips |

| | |
|---|---|
| LAW OFFICE OF DAVID BERLIN | L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP |

By: *David Berlin* (signature)

David Berlin
207 East 94th Street, Mezzanine Level
New York, NY 10128

- and -

WIRT & WIRT, P.A.

By: _____
Marian C. Rice
3 Huntington Quadrangle, Suite 102S
Melville, NY 11747

Attorneys for Neal T. Dorman, Individually

ALLEGAERT BERGER & VOGEL LLP

By: _____
John S. Wirt
Pamela Cocalas Wirt
5 Calhoun Avenue
Unit 306
Destin FL 32541

Attorneys for Grant E. Phillips and Scott B. Phillips

By: _____
Lynne M. Fischman Uniman
111 Broadway, 20th Floor
New York, NY 10006

Attorneys for Ira Shapiro, as Co-Personal Representative of the Estate of Joseph B. Phillips

...

| | |
|---|---|
| LAW OFFICE OF DAVID BERLIN | L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP |

By: _____
    David Berlin
    207 East 94th Street, Mezzanine Level
    New York, NY 10128

    - and -

WIRT & WIRT, P.A.

By: /s/ John S. Wirt
    John S. Wirt
    Pamela Cocalas Wirt
    5 Calhoun Avenue
    Unit 306
    Destin FL 32541

Attorneys for Grant E. Phillips and Scott B. Phillips

By: _____
    Marian C. Rice
    3 Huntington Quadrangle, Suite 102S
    Melville, NY 11747

Attorneys for Neal T. Dorman, Individually

ALLEGAERT BERGER & VOGEL LLP

By: _____
    Lynne M. Fischman Uniman
    111 Broadway, 20th Floor
    New York, NY 10006

Attorneys for Ira Shapiro, as Co-Personal Representative of the Estate of Joseph B. Phillips

LAW OFFICE OF DAVID BERLIN

By: _____
   David Berlin
207 East 94th Street, Mezzanine Level
New York, NY 10128

- and -

WIRT & WIRT, P.A.

By: _____
   John S. Wirt
   Pamela Cocalas Wirt
5 Calhoun Avenue
Unit 306
Destin FL 32541

Attorneys for Grant E. Phillips and Scott B. Phillips

L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP

By: _____
   Marian C. Rice
3 Huntington Quadrangle, Suite 102S
Melville, NY 11747

Attorneys for Neal T. Dorman, Individually

ALLEGAERT BERGER & VOGEL LLP

By: _____
   Lynne M. Fischman Uniman
111 Broadway, 20th Floor
New York, NY 10006

Attorneys for Ira Shapiro, as Co-Personal Representative of the Estate of Joseph B. Phillips

| | |
|---|---|
| LAW OFFICE OF DAVID BERLIN | L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP |

By: _____
    David Berlin
207 East 94th Street, Mezzanine Level
New York, NY 10128

- and -

WIRT & WIRT, P.A.


By: _____
    John S. Wirt
    Pamela Cocalas Wirt
5 Calhoun Avenue
Unit 306
Destin FL 32541

Attorneys for Grant E. Phillips and Scott B. Phillips

By: _____
    Marian C. Rice
3 Huntington Quadrangle, Suite 102S
Melville, NY 11747

Attorneys for Neal T. Dorman, Individually


ALLEGAERT BERGER & VOGEL LLP


By: */s/ Lynne M. Fischman Uniman*
    Lynne M. Fischman Uniman
111 Broadway, 20th Floor
New York, NY 10006

Attorneys for Ira Shapiro, as Co-Personal Representative of the Estate of Joseph B. Phillips